1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )   Criminal No. CR 06-00803 SI
15                                   )
         Plaintiff,                  )
16                                   )
                                     )   STIPULATION AND [PROPOSED]
17       v.                          )   ORDER CONTINUING INITIAL
                                     )   APPEARANCE
18                                   )
    TAMMY THOMAS,                    )
19                                   )
         Defendant.                  )
20  _____)

21

22       The above-captioned matter is set for an initial appearance before this Court on January 5,
23  2006, pursuant to a summons issued by this Court. The defendant is represented by Tony
24  Tamburello and the government is represented by Jeffrey Finigan, Assistant United States
25  Attorney. This matter has been assigned to the Honorable Susan Illston, United States District
26  Court Judge, and Judge Illston is unavailable on January 5, 2006. The parties agree and stipulate
27  that since the defendant resides out of state and desires to schedule her initial appearances before
28  this Court and Judge Illston for the same day, that the defendant's initial appearance before this

STIPULATION AND [PROPOSED]
ORDER CONTINUING APPEARANCE
CR 06-0803 SI

Case 3:06-cr-00803-SI   Document 2   Filed 01/04/2007   Page 2 of 2

1 | Court may be continued to January 12, 2006, at 9:30 a.m.

3 | DATED:    January 4, 2007            /s/
4 |                                      TONY TAMBURELLO
  |                                      Counsel for Tammy Thomas

6 | DATED:    January 3, 2007            /s/
7 |                                      JEFFREY FINIGAN
  |                                      Assistant U.S. Attorney

9 | So ordered.  1/4/07
10| DATED:
  |                                      NANDOR VADAS
11|                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER CONTINUING APPEARANCE
CR 06-0803 SI                            2