1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue
       San Francisco, California  94102
7      Telephone: (415) 436-7232
       Facsimile: (415) 436-7234
8      Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10

                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,       )   Criminal No. CR 06-00803 SI
15                                 )
           Plaintiff,               )
16                                 )
                                    )   STIPULATION AND [~~PROPOSED~~]
17     v.                          )   ORDER CONTINUING ~~INITIAL~~
                                    )   APPEARANCE
18                                 )
   TAMMY THOMAS,                   )
19                                 )
           Defendant.               )
20  _____)

21

22      The above-captioned matter is set for an initial appearance before this Court on January

23  12, 2006, pursuant to a stipulation by the parties and an order issued by this Court.  The

24  defendant is represented by Tony Tamburello and the government is represented by Jeffrey

25  Finigan, Assistant United States Attorney.  Mr. Tamburello has a scheduling conflict on January

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED]
ORDER CONTINUING APPEARANCE
CR 06-0803 SI

1  12, 2006. The parties therefore agree and stipulate that the defendant's initial appearance before
2  this Court may be continued to January 19, 2006, at 9:30 a.m.

4  DATED: January 8, 2007

      /s/
TONY TAMBURELLO
Counsel for Tammy Thomas

7  DATED: January 8, 2007

      /s/
JEFFREY FINIGAN
Assistant U.S. Attorney

10  So ordered.
11  DATED: January 9, 2007

JAMES L.
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
*Judge James Larson*

STIPULATION AND [PROPOSED]
ORDER CONTINUING APPEARANCE
CR 06-0803 SI                               2