1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys
6

7    450 Golden Gate Avenue
     San Francisco, California  94102
8    Telephone: (415) 436-7232
     Facsimile: (415) 436-7234
9    Email: jeffrey.finigan@usdoj.gov

10  Attorneys for Plaintiff

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,       )   Criminal No. CR 06-0803 SI
                                    )
16          Plaintiff,              )
                                    )
17                                  )
                                    )   **STIPULATION AND [PROPOSED]**
18      v.                          )   **ORDER EXCLUDING TIME**
                                    )
19                                  )
    TAMMY THOMAS,                   )
20                                  )
            Defendant.              )
21  _____)

22

23      The above-captioned matter came before the Court on January 19, 2007, for initial

24  appearance. The defendant was represented by Tony Tamburello, Esq., and the government was

25  represented by Jeffrey Finigan, Assistant United States Attorney. The mater was continued to

26  March 23, 2007, at 11:00 a.m. in this Court for further proceedings.

27      The Court made a finding that the time from and including January 19, 2007 through

28  March 23, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0803 SI

because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until March 23, 2007, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: January 23, 2007

/s/
TONY TAMBURELLO
Counsel for Tammy Thomas

DATED: January 23, 2007

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0803 SI                           2