TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Phone: (415) 431-4500
Facsimile:(415) 255-8631
E-mail: ttduboce@mindspring.com

Attorney for Defendant TAMMY A. THOMAS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 06 0803 SI |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| TAMMY A. THOMAS | |
| Defendant. | |

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that defendant Tammy A. Thomas shall be excused from personally appearing at the status hearing scheduled for March 23, 2007.

Dated:_____       _____
                            SUSAN ILLSTON
                            UNITED STATES DISTRICT COURT JUDGE

C:\Wp60\Wp60\FD\ORDERExcuse.TThomas.wpd