```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CASBN 138549)
 3  Chief, Criminal Division

 4  MATTHEW A. PARRELLA (NYSBN 2040855)
    JEFFREY D. NEDROW (CASBN 161299)
 5  JEFFREY R. FINIGAN (CASBN 168285)
    Assistant United States Attorneys
 6
 7      450 Golden Gate Avenue
        San Francisco, California  94102
 8      Telephone: (415) 436-7232
        Facsimile: (415) 436-7234
 9      Email: jeffrey.finigan@usdoj.gov

10  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 06-0803 SI |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| TAMMY THOMAS, ) | |
| Defendant. ) | |

The above-captioned matter came before the Court on March 23, 2007, for status. The defendant was represented by Tony Tamburello, Esq., and the government was represented by Matthew Parrella, Assistant United States Attorney. The mater was continued to May 4, 2007, at 11:00 a.m. in this Court for further proceedings.

The Court made a finding that the time from and including March 23, 2007 through May 4, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the

1  ends of justice served by taking such action outweighed the best interest of the public and the
2  defendant in a speedy trial.  The finding was based on the need for the defendant to have
3  reasonable time necessary for effective preparation, taking into account the exercise of due
4  diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

5      The parties hereby agree to and request that the case be continued until May 4, 2007, and
6  that the exclusion of time until then be granted.  The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
8  because the ends of justice served by this continuance outweigh the best interest of the public and
9  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
10 prepare, taking into account the exercise of due diligence, and will provide for continuity of
11 counsel for the defendant.

13 DATED:     March 26, 2007              /s/
                                          TONY TAMBURELLO
14                                        Counsel for Tammy Thomas

16 DATED:     March 26, 2007              /s/
17                                        JEFFREY FINIGAN
                                          Assistant U.S. Attorney

19 So ordered.
20 DATED:
                                          SUSAN ILLSTON
21                                        UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0803 SI                    2