SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CSBN 161299)
JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorneys

    150 Almaden Blvd., Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5042
    FAX: (408) 535-5066
    matthew.parrella@usdoj.gov
    jeff.nedrow@usdoj.gov
    jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0803-SI |
| Plaintiff, | ) | |
| | ) | **STIPULATION CONTINUING STATUS DATE AND EXCLUDING TIME AND [PROPOSED] ORDER** |
| v. | ) | |
| TAMMY A. THOMAS, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Scott N. Schools, United States Attorney, and Matthew A. Parrella, Jeffrey D. Nedrow, and Jeffrey R. Finigan, Assistant United States Attorneys, counsel for the United States of America, and Tony Tamburello, Esq., counsel for defendant, that the status date currently scheduled for May 4, 2007, be vacated and continued to May 25, 2007, or to a date thereafter at the convenience of the Court.

This Stipulation is entered into for the following reasons:

1. The parties are engaged in plea negotiations and the defense requires additional time to review the discovery materials, further discuss the matter, and effectively prepare for trial if no disposition is reached.

2. Lead government counsel, Mr. Parrella, will be out of the district on May 4, 2007.

3. On May 25, 2007, the parties will be prepared to either notify the court there will be a resolution to the case or set the matter for trial.

4. Counsel for the defendant has spoken with the defendant and the defendant has no objection to the continuance sought herein.

5. The defendant is not in custody.

6. This continuance is sought to save the court's time and resources, to allow time for the defendant to effectively prepare and to evaluate and analyze discovery information which will have a bearing on future negotiations.

7. Additionally, denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

8. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(F), 3161(h)(7), and 3161(H)(8)(A), considering the factors under Title 18 United States Code, Sections 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

SCOTT N. SCHOOLS
United States Attorney


____/s/_____         __April 30, 2007___
MATTHEW A. PARRELLA                    DATE
Assistant United States Attorney


____/s/_____         __April 30, 2007___
TONY TAMBURELLO                        DATE
Attorney for Defendant


STIPULATION CONTINUING STATUS DATE,
EXCLUDING TIME, AND [PROPOSED] ORDER

Based upon the foregoing representations made by the parties by stipulated motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the time between May 4, 2007 and May 25, 2007 (or any later date should the Court so choose pursuant to this Stipulation) shall be excluded from the computation period within which the trial must commence, based upon the statutory provisions set forth above, and for those reasons proffered by the parties. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

**IT IS FURTHER ORDERED** that the matter shall be removed from the Court's calendar on May 4, 2007 and set for status on May 25, 2007 (or a date thereafter at the convenience of the Court).

DATED:

_____
SUSAN ILSTON
United States District Court Judge

STIPULATION CONTINUING STATUS DATE,
EXCLUDING TIME, AND [PROPOSED] ORDER