1  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH, No. 172224
2  255 Kansas Street, Suite 340
   San Francisco, CA 94103
3  Telephone: 415.565.9600
   Facsimile: 415.565.9601
4
   Attorneys for Defendant
5  TAMMY A. THOMAS

E-filing

**FILED**

MAY 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 06-0803 SI |
|---|---|
| Plaintiff, | |
| v. | |
| TAMMY A. THOMAS | [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL |
| Defendant. | |

Based on Defendant Tammy Thomas' request to substitute Ethan A. Balogh as counsel in this matter, the Court accepts Mr. Balogh's notice of appearance. Accordingly, the Court excuses attorney Tony Tamburello, from further appearance in this matter.

IT IS SO ORDERED.

5/25/07

_____
The Honorable Susan Ilston
United States District Judge