SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CSBN 161299)
JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorneys

    150 Almaden Blvd., Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5042
    FAX: (408) 535-5066
    matthew.parrella@usdoj.gov
    jeff.nedrow@usdoj.gov
    jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0803-SI |
|     Plaintiff, | |
| v. | [PROPOSED] **ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| TAMMY A. THOMAS, | |
|     Defendant. | |

    The above-captioned matter came before the court on May 25, 2007 for status and trial setting. The court granted the defendant's request to substitute counsel, so the defendant was represented by Ethan Balogh, Esq., and the government was represented by Assistant United States Attorney Matthew A. Parrella. The matter was continued to July 27, 2007 at 11:00 a.m. in this court for further proceedings.

    The Court made a finding that the time from and including May 25, 2007 through and including July 27, 2007 should be excluded under the Speedy Trial Act, 18 U.S.C.

1  3161(h)(8)(B)(iv).  This finding was made upon statements made by counsel for the defendant on
2  the record indicating a need for the defendant to have reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence, and for continuity of counsel under
4  18 U.S.C.3161(h)(8)(B)(iv).
5       The additional time is appropriate and necessary under  18 U.S.C. 3161(h)(8)(A) because
6  the ends of justice served by this continuance outweigh the best interest of the public and
7  defendant in a speedy trial.  This time exclusion will allow new defense counsel to effectively
8  prepare, taking into account the exercise of due diligence, and will provide for continuity of
9  counsel for the defendant.
10 It is so ordered.
11 DATED: _____
12                           SUSAN ILSTON
13                           United States District Judge