1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CASBN 202121)
3  Acting Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorneys
6

7     450 Golden Gate Avenue
      San Francisco, California  94102
8     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
9     Email: jeffrey.finigan@usdoj.gov

10 Attorneys for Plaintiff

11
                     UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN FRANCISCO DIVISION
14

15
   UNITED STATES OF AMERICA,        )   Criminal No. CR 06-0803 SI
16                                  )
        Plaintiff,                  )
17                                  )
                                    )   **STIPULATION AND [~~PROPOSED~~]**
18      v.                          )   **ORDER EXCLUDING TIME**
                                    )
19                                  )
   TAMMY THOMAS,                    )
20                                  )
        Defendant.                  )
21 _____)

22

23     The above-captioned matter came before the Court on July 27, 2007, for status.  The

24 defendant was represented by Ethan Balogh, Esq., and the government was represented by

25 Matthew Parrella, Assistant United States Attorney.  The mater was continued to September 14,

26 2007, at 11:00 a.m. in this Court for further proceedings.

27     The Court made a finding that the time from and including July 27, 2007, through

28 September 14, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 06-0803 SI

1  because the ends of justice served by taking such action outweighed the best interest of the public
2  and the defendant in a speedy trial.  The finding was based on the need for the defendant to have
3  reasonable time necessary for effective preparation, taking into account the exercise of due
4  diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

5       The parties hereby agree to and request that the case be continued until September 14,
6  2007, and that the exclusion of time until then be granted.  The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
8  because the ends of justice served by this continuance outweigh the best interest of the public and
9  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
10 prepare, taking into account the exercise of due diligence, and will provide for continuity of
11 counsel for the defendant.

13 DATED:     July 31, 2007              /s/
                                         ETHAN BALOGH
14                                       Counsel for Tammy Thomas

16 DATED:     July 27, 2007              /s/
                                         MATTHEW PARRELLA
17                                       Assistant U.S. Attorney

19 So ordered.

20 DATED:  August 1, 2007

21                                       SUSAN ILLSTON
                                         UNITED STATES DISTRICT COURT JUDGE



STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 06-0803 SI                            2