```
1  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH, No. 172224
2  255 Kansas Street, Suite 340
   San Francisco, CA 94103
3  Telephone: 415.565.9600
   Facsimile: 415.565.9601
4
   Attorneys for Defendant
5  TAMMY A. THOMAS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 06-0803 SI |
|---|---|
| Plaintiff, | |
| v. | |
| TAMMY A. THOMAS, | STIPULATION RE MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE AND [PROPOSED] ORDER THEREON |
| Defendant. | |
| | Before the Honorable Susan Illston |

1

1  WHEREAS Defendant Tammy Thomas resides in the State of Michigan and is a full-
2  time student;
3  WHEREAS Ms. Thomas is currently scheduled to transfer universities, and will begin
4  living in Norman, OK in August 2007;
5  WHEREAS the terms of Ms. Thomas' pretrial release limit her to living and traveling in
6  Michigan, the Northern District of California, and Mississippi;
7  WHEREAS, Ms. Thomas hereby requests to amend the terms of her pretrial release to
8  permit her to travel from Lansing, Michigan to Norman, Oklahoma to attend her new university;
9  WHEREAS, Ms. Thomas' counsel has contacted pretrial services in this district to
10 apprise them of her anticipated move and to request that local supervision be transferred from
11 Lansing, MI to Norman, OK, and has yet to obtain a response;
12 IT IS HEREBY STIPULATED AND AGREED that the parties request the Court to enter
13 the [PROPOSED] Order amending the terms of Ms. Thomas' pretrial release.
14 STIPULATED AND AGREED TO:

By: _____ 8-08-07      _____ 8/8/07
    Jeff Finigan                 Ethan A. Balogh
    Assistant United States Attorney   Coleman & Balogh LLP
    Attorney for the United States    Attorneys for Tammy Thomas

19 BASED ON THE FOREGOING AND FOR GOOD CAUSE SHOWN, the Court hereby grants
20 Defendant Thomas' request for modification and MODIFIES the terms of her pretrial release to
21 authorize (1) her move from Lansing, MI to Norman, OK in August 2007, and (2) to permit her
22 to reside in Norman, OK pending trial in this matter. All other existing conditions of Ms.
23 Thomas' pretrial release remain the same.
24 IT IS SO ORDERED.

The Honorable Susan Illston
United States District Judge

IT IS SO ORDERED
Judge Susan Illston
08/10/07