SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CSBN 161299)
JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorneys

    150 Almaden Blvd., Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5042
    FAX: (408) 535-5066
    matthew.parrella@usdoj.gov
    jeff.nedrow@usdoj.gov
    jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TAMMY A. THOMAS, ) <br> ) <br> Defendant. ) <br> ) | No. CR-06-0803-SI <br> CR MISC. No. 03-271-MMC <br><br><br><br> **UNSEALING APPLICATION AND** <br> **[PROPOSED] ORDER** |

    The United States, by and through, Scott N. Schools, United States Attorney, and Matthew A. Parrella, Jeffrey D. Nedrow, and Jeffrey R. Finigan, Assistant United States Attorneys, hereby moves the Court for an order unsealing the government's application for an immunity order for defendant Tammy Thomas. The facts and circumstances surrounding the case no longer require that the government's application remain sealed. Additionally, counsel for the defendant has requested a copy of this application so that he may continue to evaluate the defense case.

The application for this defendant's immunity order was captioned under CR MISC No. 03-271-MMC, with the Hon. Maxine M. Chesney receiving the application as the duty judge. The government respectfully requests that this unsealing order pertain only to the government's application for an immunity order for this defendant. Other matters and documents may have been lodged under the same MISC file number which are not appropriate for unsealing at the present time and are not part of this unsealing application.

DATED: September 20, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MATTHEW A. PARRELLA
Assistant United States Attorney

### ORDER

For the reasons stated in the government's motion, the government's application for an immunity order for Tammy Thomas, filed under CR MISC No. 03-271-MMC, is hereby ordered unsealed. All other matters and documents filed under CR MISC No. 03-271-MMC shall remain under seal pending further court order.

IT IS SO ORDERED.

DATED: _____
SUSAN ILLSTON
United States District Judge