SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 06-0803 SI |
|    Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
|    v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| TAMMY THOMAS, | ) | |
|    Defendant. | ) | |

     The above-captioned matter came before the Court on September 14, 2007, for setting of pretrial motion schedule. The defendant was represented by Ethan Balogh, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to November 9, 2007, at 11:00 a.m. in this Court for hearing on the defense motions to be filed on October 12, 2007.

     The Court made a finding that the time from and including September 14, 2007, through

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0803 SI

November 9, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

   The parties hereby agree to and request that the case be continued until November 9, 2007, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: September 20, 2007

/s/
ETHAN BALOGH
Counsel for Tammy Thomas

DATED: September 17, 2007

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0803 SI           2