SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TAMMY THOMAS, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal No. CR 06-0803 SI <br><br> **UNITED STATES' REQUEST FOR PERMISSION TO DISCLOSE GRAND JURY TRANSCRIPT AND [PROPOSED] ORDER** |

      The United States hereby moves the Court for an order pursuant to Federal Rule of Criminal Procedure 6(d)(3)(E)(i) allowing the government to disclose the transcript of the defendant's testimony before the grand jury on November 6, 2003. The basis for the request is that such disclosure is authorized pursuant the aforementioned rule if ordered "preliminarily to or in connection with a judicial proceeding." The government intends to provide the Court with certain excerpts from the transcript in opposing the various pending defense motions and to

utilize the transcript as evidence at trial, which clearly qualify as judicial proceedings. Without this Order, the government will have to file portions of its oppositions under seal, which will make the Court's review unnecessarily cumbersome. Further, the secrecy purposes of the rule no longer exist and the defendant herself has already disclosed significant portions of the transcript in connection with the filing of her motions. *See* Defense Counsel's Declaration, Exhibit C. Accordingly, the government respectfully requests that the Court issue the below Order.

DATED: October 24, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
JEFFREY R. FINIGAN
Assistant United States Attorney


### ORDER

For the reasons stated herein and pursuant to FRCP 6(d)(3)(E)(i), it is hereby ORDERED that the government may, preliminarily to or in connection with judicial proceedings, disclose the transcript of the defendant's testimony before the grand jury on November 6, 2003.

IT IS SO ORDERED.

DATED:   10/25/07

for _____
    SUSAN ILLSTON
    United States District Judge

U.S. Request for Permission to Disclose
Grand Jury Transcript
CR 06-0803 SI                      2