UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/9/07

Case No.   CR-06-0803  SI           Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- TAMMY THOMAS (NC)(P)

Attorneys: Finigan          Balogh, Coleman

Deputy Clerk:  Tracy Sutton  Court Reporter: J. Yeomans

**PROCEEDINGS**

1)  Motion to dismiss, Suppress, Preclude and for discovery - HELD

2)
3)
Order to be prepared by:  (  )Pltf   (  )Deft   ( x )Court

tentative:
Disposition :  ( ) GRANTED, ( x ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED                                                PART

Case continued to  **12/14/07 @ 11:00 a.m.**   for trial setting

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: ___
**Delay begins:**         **Delay ends:**( AUSA to draft order           )

ORDERED AFTER HEARING:

(SPEEDY TRIAL DEADLINE AS OF TODAY: )