1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   JEFFREY D. NEDROW (CASBN 161299)
5  Assistant United States Attorneys

6
       450 Golden Gate Avenue
7      San Francisco, California 94102
       Telephone: (415) 436-7232
8      Facsimile: (415) 436-7234
       Email: jeffrey.finigan@usdoj.gov
9
   Attorneys for Plaintiff
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14

15 UNITED STATES OF AMERICA,        )   Criminal No. CR 06-0803 SI
                                    )
16         Plaintiff,               )
                                    )
17                                  )   **18 U.S.C. § 3161(c)(2) WAIVER**
       v.                           )
18                                  )
                                    )
19 TAMMY THOMAS,                    )
                                    )
20         Defendant.               )
                                    )
21

22         Pursuant to 18 U.S.C. § 3161(c)(2), I hereby consent in writing to the commencement of
                                              fever
23 trial of the above-captioned matter on a date that is less than thirty (30) days from which I first

24 appeared through counsel on the superseding indictment.

25 DATED: 3/24/08

26                                              _____
                                                TAMMY THOMAS
                                                Defendant
27 DATED: 3/24/08
                                                _____
28                                              ETHAN BALOGH
                                                Counsel for Tammy Thomas

   ~~STIPULATION AND [PROPOSED]~~
   ~~ORDER EXCLUDING TIME~~
   CR 06-0803 SI