JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
JEFFREY D. NEDROW (CABN 161299)
JEFFREY R. FINIGAN (CABN 168285)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email:   matthew.parrella@usdoj.gov
            jeff.nedrow@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-0803 SI |
| Plaintiff, | ) ) | UNITED STATES' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF AND PROPOSED ORDER |
| v. | ) ) ) | |
| | ) | Date:   October 10, 2008 |
| TAMMY THOMAS, | ) ) | Time:   11:00 a.m.<br>Judge:  Hon. Susan Illston |
| Defendant. | ) ) | |

United States' Motion For Leave
To File Oversize Brief And
Proposed Order
Case No. CR 06-0803 SI

1    The United States hereby moves for an order granting leave to the respondent United
2  States to file an oversized brief in this matter.  The reason for this request is that defendant
3  Thomas has filed a 33-page brief raising numerous factual and legal issues and claims, and the
4  United States requires additional space to respond to the claims raised by the defense.

7  DATED: September 19, 2008           Respectfully Submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                       _____/s/_____
                                       MATTHEW A. PARRELLA
                                       JEFFREY D. NEDROW
                                       JEFFREY R. FINIGAN
                                       Assistant United States Attorneys

14           **ORDER**           (CR 06–0803-SI)

15    In light of the government's motion, and for the reasons stated therein, the United States'
16  motion for leave to file an oversized brief is hereby GRANTED, and the United States' brief is
17  ordered filed.

19  IT IS SO ORDERED.

21  DATED: _____, 2008

                                       _____
                                       SUSAN ILLSTON
                                       United States District Judge

United States' Motion For Leave
To File Oversize Brief And
Proposed Order
Case No. CR 06-0803 SI

2